No. 73–886. BROWNDALE INTERNATIONAL, LTD. *v.* BOARD OF ADJUSTMENT FOR DANE COUNTY ET AL. Sup. Ct. Wis. Certiorari denied.

No. 73–909. SMALDONE ET AL. *v.* UNITED STATES;
No. 73–5735. GARCEO *v.* UNITED STATES; and
No. 73–5863. VALLEY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–913. HANLY ET AL. *v.* SAXBE, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–941. HOLTZMAN ET AL. *v.* SCHLESINGER, SECRETARY OF DEFENSE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–943. CITIZENS ENVIRONMENTAL COUNCIL ET AL. *v.* BRINEGAR, SECRETARY OF TRANSPORTATION, ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–944. PELZER REALTY CO., INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–975. MOTOROLA, INC. *v.* McLAIN, REGIONAL DIRECTOR, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 73–984. WICHITA INDIAN TRIBE OF OKLAHOMA ET AL. *v.* UNITED STATES ET AL. Ct. Cl. Certiorari denied.

No. 73–994. MINTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.